John P. Aldrich, Esq.
Nevada Bar No. 6877
Gary S. Fink, Esq.
Nevada Bar No. 8064
**ALDRICH LAW FIRM, LTD.**
1601 S. Rainbow Blvd., Suite 160
Las Vegas, Nevada 89146
Tel (702) 853-5490
Fax (702) 227-1975
jaldrich@johnaldrichlawfirm.com
*Attorney for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL CHANG,<br><br>       Plaintiff,<br><br>vs.<br><br>ROYAL PACIFIC OF LAS VEGAS, LLC, a<br>Nevada Limited Liability Company,<br><br>       Defendant, | Case No.: 2:15-cv-02209-JCM-CWH<br><br>**STIPULATION AND ORDER TO<br>DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Michael Chang ("Plaintiff"), through his attorney of record, Michael P. Balaban, Esq., of the law firm of Michael P. Balaban, and Defendant Royal Pacific of Las Vegas, LLC ("Defendant"), by and through its attorney of record, John P. Aldrich, Esq., of the Aldrich Law Firm, Ltd., that all claims and causes of action alleged in the Complaint against Defendant be dismissed with prejudice, with each side to bear their own costs and attorneys' fees.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1   IT IS SO STIPULATED.

2   DATED this 2nd day of August, 2016.                    DATED this 2nd day of August, 2016.

3   **LAW OFFICE OF MICHAEL P. BALABAN**         **ALDRICH LAW FIRM, LTD.**

5   /s/ Michael P. Balaban                                               /s/ John P. Aldrich
    Michael P. Balaban, Esq.                                          John P. Aldrich, Esq.
6   Nevada Bar No. 9370                                                Nevada Bar No. 6877
    10726 Del Rudini Street                                             1601 S. Rainbow Blvd., Suite 160
7   Las Vegas, NV 89141-4216                                       Las Vegas, Nevada 89117
    Tel (702) 586-2964                                                     Tel (702) 853-5490
8   mbalaban@balaban-law.com                                 jaldrich@johnaldrichlawfirm.com
    *Attorneys for Plaintiff*                                              *Attorneys for Defendant*

**ORDER**

The above Stipulation to Dismiss with Prejudice is hereby GRANTED.

IT IS SO ORDERED August 5, 2016.

_____
UNITED STATES DISTRICT JUDGE